# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, J.P. ELLINGTON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**DAVID K. BARWICK**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400387**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 20 June 2014.
**Military Judge:** Maj Michael D. Zimmerman, USMC .
**Convening Authority:** Commanding General, 3d Marine Aircraft Wing, Marine Corps Air Station Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation:** Col D.K. Margolin, USMC.
**For Appellant:** CAPT Tierney Carlos, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**27 January 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court